May Term,
1850.

KAUFMAN
v.
SCHUDER.

---

KAUFMAN and Another *v.* SCHUDER.—On Appeal.

*SCHUDER* sued *Kaufman* and another before a justice of the peace. The cause was taken by appeal to the Circuit Court. Judgment in the Circuit Court for the plaintiff.

There is no cause of action in the transcript of this cause ; and the want of it is relied on by the appellant to reverse the judgment.

*Held,* that the judgment must be reversed for the want of a cause of action.

*J. L. Jernegan,* for the appellant.